IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA BELMAR CATALAN,          ) | |
| ) | No.   1:22-cv-00712 |
| Plaintiff,          ) | |
| ) | Hon. Sharon Johnson Coleman |
| v.          ) | |
| ) | Hon. Magistrate Young B. Kim |
| HEALTHCARE ASSOCIATES CREDIT          ) | |
| UNION and EQUIFAX INFORMATION          ) | |
| SERVICES, LLC,          ) | |
| ) | |
| Defendants.          ) | |

**DEFENDANT HEALTHCARE ASSOCIATES CREDIT UNION'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME TO FILE ITS RESPONSIVE PLEADING**

Defendant, HealthCare Associates Credit Union ("Defendant"), by its attorneys at Litchfield Cavo LLP, pursuant to Fed. R. Civ. P. 6(b)(1), moves for an extension of time in which to file its responsive pleading. In support of its Motion, Defendant states:

1. The Complaint in this matter was filed on February 9, 2022; however, Defendant was not served until February 24, 2022.

2. Defendant has recently retained counsel, who needs additional time to evaluate the allegations set forth in the Complaint in order to appropriately respond to the pleadings.

3. To that end, Defendant requests an additional 30 days – or until April 15, 2022 - to file its responsive pleading in this matter.

4. On March 7-8, 2022, counsel for Defendant contacted Plaintiff's counsel and Plaintiff's counsel agreed to Defendant HealthCare Associates Credit Union's request that it be permitted to have up to and including April 15, 2022 to file its responsive pleading to Plaintiff's Complaint, subject to the Court's approval.

5. The purpose of this motion is not to cause undue delay. Rather, this request is reasonable and necessary to allow Defendant's counsel time to properly prepare a responsive pleading.

6. Defendant HealthCare Associates Credit Union is still reviewing the allegations and conducting an investigation in order to prepare its responsive pleading. Accordingly, Defendant respectfully requests an extension through and including April 15, 2022, within which to file its responsive pleading in this matter.

7. This is HealthCare Associates Credit Union's first request for an extension of time to respond to the Complaint.

WHEREFORE, Defendant HealthCare Associates Credit Union respectfully requests this Court grant its Motion for an Extension of Time to File its Responsive Pleading, and enter an Order allowing this Defendant until April 15, 2022 to Answer or Otherwise Plead, and for such further relief that the Court deems equitable and just.

DATED: March 15, 2022                Respectfully submitted,

                                     */s/ Bradley E. Faber* (electronic signature)
                                     An Attorney For Defendant

Brian M. Norkett
Bradley E. Faber
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6631
Fax: (312) 781-6630
norkett@litchfieldcavo.com
faber@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

This hereby certifies that the undersigned is an attorney of record in this matter and that on March 15, 2022, the foregoing Defendant HealthCare Associates Credit Union's Unopposed Motion for an Extension of Time to File Its Responsive Pleading was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois and served electronically to counsel of record for all parties via the Court's CM/ECF system.

/s/ *Bradley E. Faber* (electronic signature)
An Attorney For Defendant