IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MARIA BELMAR CATALAN, | ) | |
| | ) | No.  1:22-cv-00712 |
| Plaintiff, | ) | |
| | ) | Hon. Sharon Johnson Coleman |
| v. | ) | |
| | ) | Hon. Magistrate Young B. Kim |
| HEALTHCARE ASSOCIATES CREDIT UNION and EQUIFAX INFORMATION SERVICES, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE on  March 18, 2022, at  9:30  a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Sharon Johnson Coleman or any judge sitting in her stead, in the courtroom usually occupied by her in room 1241 in the United States District Court for the Northern District of Illinois, Eastern Division at 219 South Dearborn Street, Chicago, Illinois 60604 and then and there present the attached Defendant Motion for Extension of Time to File Responsive Pleadings.

DATED: March 15, 2022　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Bradley E. Faber* (electronic signature)
　　　　　　　　　　　　　　　　　　　An Attorney For Defendant

Brian M. Norkett
Bradley E. Faber
LITCHFIELD CAVO LLP
303 West Madison Street, Suite 300
Chicago, Illinois 60606
Phone: (312) 781-6631
Fax: (312) 781-6630
norkett@litchfieldcavo.com
faber@litchfieldcavo.com

**CERTIFICATE OF SERVICE**

This hereby certifies that the undersigned is an attorney of record in this matter and that on March 15, 2022, the foregoing Notice of Defendant HealthCare Associates Credit Union's Unopposed Motion for an Extension of Time to File Its Responsive Pleading was filed electronically with the Clerk of the Court for the United States District Court for the Northern District of Illinois and served electronically to counsel of record for all parties via the Court's CM/ECF system.

/s/ *Bradley E. Faber* (electronic signature)
An Attorney For Defendant