UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Maria Belmar Catalan

            Plaintiff,

v.                      Case No.: 1:22–cv–00712

                     Honorable Sharon Johnson Coleman

Healthcare Associates Credit Union, et al.

            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 17, 2022:

   MINUTE entry before the Honorable Sharon Johnson Coleman: Defendant Healthcare Associates Credit Union's Unopposed Motion for an Extension of Time to File its Responsive Pleading [13] is granted. No appearance necessary on 03/18/2022 [14]. Defendant Equifax Information Services, LLC's Agreed Motion for an Extension of Time to File Responsive Pleading [11] is also granted, but Equifax is reminded that all motions must be noticed up for presentment in the future, per LR 5.3 and this Court's Standing Order. Responsive pleadings to be filed by 4/15/2022. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.